NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**3M COMPANY** AND
**3M INNOVATIVE PROPERTIES COMPANY,**
*Plaintiffs-Appellees,*

v.

**PRADEEP MOHAN,**
*Defendant-Appellant.*

---

2011-1328

---

Appeal from the United States District Court for the District of Minnesota in case no. 09-CV-1413, Judge Ann D. Montgomery.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Pradeep Mohan moves for leave to seek relief with the United States District Court for the District of Minnesota. 3M Company et al. oppose.

To the extent Mohan seeks to argue the merits of his case, he should put those arguments in his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**SEP 0 2 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Allen W. Hinderaker, Esq.
     Pradeep Mohan

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 2 2011

JAN HORBALY
- CLERK